IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARILYN HAYES,

     Plaintiff,                                 CIV S-04-1621 KJM

    vs.

JO ANNE B. BARNHART,                         <u>ORDER</u>
Commissioner of Social Security,

     Defendant.

_____/

        By order filed January 24, 2005, plaintiff was directed to submit to the United States Marshal a completed summons and four copies of the complaint, and the United States Marshal was directed to serve all process. Plaintiff filed a statement of compliance on February 7, 2005. The court has been advised that the United States Marshal did not receive the January 24th order or the completed summons and copies of the complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within fifteen days from the date of this order, plaintiff shall submit to the chambers of the undersigned a completed summons, four copies of the complaint, and a copy of the scheduling order.

/////

2. The Clerk of Court is directed to serve a paper copy of this order on the United States Marshal and enter on the docket proof of said service.

3. The United States Marshal is directed to serve all process without prepayment of costs not later than sixty days from the date of this order.  Service of process shall be completed by delivering a copy of the summons and complaint to the United States Attorney for the Eastern District of California, and by sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C.  See Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of the summons and complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of General Counsel, 6401 Security Blvd., Room 611, Altmeyer Bldg., Baltimore, MD  21235.  See Fed. R. Civ. P. 4(i)(2).

DATED: June 2, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
hayes2.reser