FILED
JUN 2 4 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARILYN HAYES,

      Plaintiff,                                CIV S-04-1621 KJM

      vs.

JO ANNE B. BARNHART,                     ORDER
Commissioner of Social Security,

      Defendant.

_____/

      The court is in receipt of the documents plaintiff was directed to submit pursuant to the order filed June 3, 2005. Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court is directed to forward the completed summons, copies of the complaint, the scheduling order and a copy of the order filed January 24, 2005 to the United States Marshal.

      2. Plaintiff's June 14, 2005 motion for extension of time is denied as unnecessary.

DATED: June 23, 2005.

UNITED STATES MAGISTRATE JUDGE

1