IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARILYN HAYES,

      Plaintiff,                    No. CIV S-04-1621 KJM

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.                  <u>ORDER</u>

_____/

      By judgment filed May 30, 2008 with mandate filed July 22, 2008, this action was reversed and remanded.  Accordingly, IT IS HEREBY ORDERED that this matter is remanded under sentence four of 42 U.S.C. § 405(g) for determination of benefits consistent with the analysis in the May 30, 2008 memorandum of the United Sates Court of Appeals for the Ninth Circuit.

DATED: July 28, 2008.

                                              U.S. MAGISTRATE JUDGE

006
hayes1621.rem

1